COMMONWEALTH of Pennsylvania,
Respondent

v.

Keith Walter SAWYER, Petitioner

No. 607 MAL 2016

Supreme Court of Pennsylvania.

Dec. 28, 2016

## ORDER

PER CURIAM

AND NOW, this 28th day of December, 2016, the Petition for Allowance of Appeal is denied.

Joseph C. BENNETT Sr., Petitioner

v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,
Respondent

No. 612 MAL 2016

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

AND NOW, this 28th day of December, 2016, the Petition for Allowance of Appeal is denied.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Christopher Lee PEPPLE, Petitioner

No. 602 MAL 2016

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

AND NOW, this 28th day of December, 2016, the Petition for Allowance of Appeal is DENIED.